**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-2365**

CATHY B. BRANCH,

                                     Plaintiff - Appellant,

          versus

COUNTY OF CHESTERFIELD, VIRGINIA; WILLIAM
DUPLER, Individually and Officially; BRENDA
SHEARER, Individually and Officially,

                                     Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Dennis W. Dohnal, Magistrate Judge. (CA-01-302-3)

Submitted: March 28, 2002          Decided: April 17, 2002

Before NIEMEYER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Cathy B. Branch, Appellant Pro Se. Steven Latham Micas, County Attorney, Stylian Paul Parthemos, Wendell Charles Roberts, COUNTY ATTORNEY'S OFFICE, Chesterfield, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Cathy Branch appeals the magistrate judge's order granting Defendants' motion for summary judgment and dismissing her employment discrimination action. We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. Branch v. County of Chesterfield, No. CA-01-302-3 (E.D. Va. Oct. 12, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2